# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Vearl Ackerman,

    Plaintiff(s),

vs.

David R. Mitchell, Supt. Of Mountain View Correctional Institution

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04cv169-Mu-2

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2006 Order.

August 3, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk